```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                   Criminal No. 05-020 (JAF)

ANGEL BEAUCHAMP-LOPEZ (22),

    Defendant.

**O R D E R**

Upon review of the request for authorization to allow Defendant Angel Beauchamp-López to visit his daughter's wake and, upon consideration of the recommendation by Senior Special Agent Juan Mojica, the court **GRANTS** the relief sought and, as a consequence, **ORDERS** the United States Marshal Service to arrange a visit by Defendant to his daughter's wake or burial ceremony. Any necessary arrangements shall be coordinated with Mr. Rafael Rosado, Manager of Funeraria Alvarez Memorial, located at Road #167, Bayamón, Puerto Rico, telephone numbers (787) 785-3400; (787) 785-0221. **Should the Marshals Service understand there is a genuine issue pertaining to security, the court should be consulted before proceeding.**

The Clerk shall notify this Order immediately to all parties concerned.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 11th day of January, 2006.

                                                S/José Antonio Fusté
                                                JOSE ANTONIO FUSTE
                                             Chief U. S. District Judge